**Order entered December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00902-CV

**WEINSTEIN & RILEY, P.S., Appellant**

**V.**

**LARRY BLANKENSHIP, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-05153-A**

## ORDER

We **GRANT** appellees' December 8, 2014 motion for an extension of time to file a brief.

Appellees shall file their brief by **DECEMBER 12, 2014**.


/s/     ELIZABETH LANG-MIERS
          JUSTICE